CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 8 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES WHITNER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:09CV00140 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TRACY RAY, ET AL., | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, after de novo review of the portions of the Report and Recommendation of the United States Magistrate Judge's Report and the record that are pertinent to plaintiff's objections, it is

### ADJUDGED AND ORDERED

as follows:

1. The plaintiff's objections are overruled;

2. To the extent that the Report recommends the conclusion that the defendants did not use excessive force against plaintiff or otherwise violate his constitutional rights and finds facts in support thereof, the Report is **ADOPTED**;

3. Defendants' motion for summary judgment is **GRANTED**; and

4. This action is hereby stricken from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 18th day of March, 2010.

United States District Judge